JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. HUERTA, individually and on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>   vs.<br><br>ACCURATE PERSONNEL, LLC, an Illinois Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO. 5:18-cv-1499 FMO (SHKx)**<br><br>**ORDER ON STIPULATION [13] DISMISSING ENTIRE ACTION**<br><br><br>Complaint filed:   July 16, 2018<br>Trial date:        Not set |

Pursuant to the Parties' Stipulation for an Order of Dismissal, and for good cause shown, the Court Orders as follows:

1. The individual claims of Plaintiff against Defendant shall be dismissed in their entirety without prejudice pursuant to Fed. R. Civ. P., Rules 41(a)(1) and (2).

2. The class claims against Defendant herein shall be dismissed in their entirety without prejudice pursuant to Fed. R. Civ. P., Rules 41(a)(1) and (2). No class was certified and no notice was sent to a prospective class.

3. Except as otherwise agreed upon, each party shall bear his/her/its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 12, 2018          /s/
                                    Hon. Fernando M. Olguin
                                    United States District Judge